# THE LAW OFFICES OF
# M.L. ZAGER, P.C.

461 Broadway - P.O. Box 948  
Monticello, New York 12701  
(845) 794-3660; (845) 794-3919 (fax)

JACOB R. BILLIG  
ROBERT B. HUNTER  
JOSEPH LOUGHLIN  
MICHAEL D. BAER, (NY, NJ)

December 17, 2018

Clerk,  
Hon. Denise L. Cote  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: J&J Sports Productions v Victoria Tassone, et al  
Our File #2234082  
Index# 1:18-cv-08234-DLC

Dear Sir/Madam:

The undersigned is in receipt of this Court's Order dated December 17, 2018 which requires service of the "Order and the underlying papers on both defendants on or before December 18, 2018 by certified overnight mail." We ask that the Court reconsider the Order.

Please be advised that Victoria Tassone filed Chapter 13 Bankruptcy under case number 5:18-bk-04252-RNO. As per the protections of Chapter 13 Bankruptcy, the automatic stay is in effect as regards Victoria Tassone. We believe service of the Order on Victoria Tassone will be in violation of the automatic stay.

Respectfully submitted.

Very truly yours,  
M.L. Zager, P.C.  
Robert Hunter

RH/jm

O:\SECRETARY WORK\J & J Sports Productions\John Anthony's\2234082.tassone.ltr to crt re bk filing.121718.wpd